No. 88–5631. HAYES, AKA SALAAHUDDIN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 851 F. 2d 1422.

No. 88–5632. INGRAM v. WILSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5633. JARRETT v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 88–5636. LePAGE v. ARAVE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5650. ROBINSON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–5651. WILLIAMS v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5653. PEOPLES v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 88–5654. HARDAGE v. NEAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–5656. COLEMAN v. O'LEARY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–5657. FULLER v. ALIVE ENTERPRISES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–5658. FERRELL v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5663. GREEN v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 88–5677. MARTIN v. ZOOK ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5690. NABORS v. EDWARDS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5691. STRABLE v. UNITED STATES TREASURY ET AL. C. A. 4th Cir. Certiorari denied.